**FORM 9A. Notice of Related Case Information**  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1501, -1554

**Short Case Caption** Apple Inc. v. Gesture Technology Partners, LLC

**Filing Party/Entity** Apple Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

In re Gesture Tech. Partners, LLC, No. 24-1038 (Fed. Cir.)
Gesture Tech. Partners, LLC v. Apple, Inc., No. 4:22-cv-04806 (N.D. Cal.)
Gesture Tech. Partners, LLC v. LG Elecs., Inc. et al., No. 2:21-cv-19234 (D.N.J.)
Gesture Tech. Partners, LLC v. Motorola Mobility LLC, No. 1:22-cv-03535 (N.D. Ill.)
Gesture Tech. Partners, LLC v. Lenovo Grp. Ltd. et al., No. 6:21-cv-00122 (W.D. Tex.)
Gesture Tech. Partners, LLC v. Apple Inc. et al., No. 23-1463 (Fed. Cir.)

☐   Additional pages attached

FORM 9A. Notice of Related Case Information — Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Gesture Technology Partners, LLC
> Apple Inc.
> Motorola Mobility LLC
> LG Electronics USA, Inc.
> LG Electronics, Inc.
> Lenovo Group Limited
> Lenovo Inc.
> Google LLC
> Katherine K. Vidal, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> See attached

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/12/2023        Signature: /s/ Robbie Manhas

                        Name: Robbie Manhas

# Attachment

**3. Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Orrick, Herrington & Sutcliffe LLP: Melanie L. Bostwick, Elizabeth R. Moulton, Jonas Q. Wang

Erise IP, P.A.: Adam P. Seitz; Paul R. Hart; Clifford T. Brazen

Williams, Simons, and Landis PLLC: Fred I. Williams; Todd E. Landis; John Wittenzellner, Michael Simons; C. Matthew Rozier; Chad Ennis: Eric R. Carr; Jonathan Hardt; Robert Daniel Garza

Office of the Solicitor, United States Patent and Trademark Office: Mary L. Kelly; Farheena Y. Rasheed; Amy J. Nelson; Peter J. Sawert

DLA Piper LLP (US): John M. Guaragna; Catherin Huang; Michael D. Jay, Christopher Deck, Sean Cunningham; Matthew D. Satchwell; Paul R. Steadman; Stephanie Lim; Martin Ellison; Benjamin Shafer Mueller; Stanley J. Panikowski

Finnegan, Henderson, Farabow, Garrett & Dunner LLP: Erika Arner; Daniel Cooley

Midlige Richter LLC: James S. Richter

Walsh Pizzi O'Reilly Falanga LLP: Liza M. Walsh; William T. Walsh; Hector Daniel Ruiz; Lauren Ruth Malakoff

Stamos & Trucco LLP: Brian E. Martin

Kelly Hart & Hallman LLP: J. Stephen Ravel; Kelly Ransom

Thomas L. McMasters