# United States Court of Appeals for the Federal Circuit

---

February 11, 2025

**ERRATUM**

---

Appeal Nos. 2023-1501, 2023-1554

**APPLE INC.,**
*Appellant*

**LG ELECTRONICS INC., LG ELECTRONICS USA, INC., GOOGLE LLC,**
*Appellees*

**v.**

**GESTURE TECHNOLOGY PARTNERS, LLC,**
*Cross-Appellant*

---

Decided: January 27, 2025
Precedential Opinion

---

Please make the following change:

Page 14, lines 28 to 30, change the sentence "Because correcting the Board's analysis results in only "only one permissible factual finding," reversal is appropriate." to --Because correcting the Board's analysis results in

"only one permissible factual finding," reversal is appropriate.--